# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALLISON SKIDMORE,<br><br>   Plaintiff,<br><br>  v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>   Defendants. | Case No. 20-cv-06415-BLF<br><br>**ORDER STRIKING DEFENDANTS' MOTION TO STRIKE**<br><br>[Re: ECF 24] |

  Defendants have filed a 19-page motion to dismiss, *see* ECF 25, and a 21-page motion to strike, see ECF 24, which also attacks the complaint. The special motion to strike under California law is appropriately filed in federal court, but that motion is akin to a motion to strike under FRCP 12(g) and thus must comply with the Court's local rules and standing orders which limit a party to a single motion to dismiss or strike of no more than 25 pages. *See* Standing Order Re Civil Cases. Additionally, "All written text, including footnotes and quotations, shall be no less than 12-point type and shall be double-spaced." *Id.*

  Defendants may refile a corrected motion to dismiss by **Friday, November 13, 2020**. Additionally, Defendants must follow the scheduling procedures for civil motions, as detailed in the Court's Standing Order.

  **IT IS SO ORDERED.**

Dated: November 6, 2020

_____
BETH LABSON FREEMAN
United States District Judge