# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ALLISON SKIDMORE,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY S GILBERT, et al.,<br><br>    Defendants. | Case No. 20-cv-06415-BLF<br><br>**ORDER REQUIRING SUBMISSION OF CONTEMPORANEOUS TIME RECORDS; REQUESTING SUPPLEMENTAL BRIEFING** |

Defendants have filed a motion for attorneys' fees and costs incurred in connection with moving to strike Plaintiff's false light claim under California's anti-SLAPP statute. ECF No. 85. Plaintiff's opposition, in part, argues that she could not meaningfully oppose Defendants' motion because Defendants did not produce the contemporaneous time records underlying their fees request. ECF No. 90 at 1-3.

Defendants are correct that neither this District's Local Rules nor this Court's Standing Orders require them to submit contemporaneous time records with their motion. The Court, however, retains discretion to require production of time records for inspection "as [it] deems appropriate." Civ. L.R. 54-5(b)(2). Defendants recognize this Court's discretion and express willingness to supplement their documentation as required by the Court. ECF No. 91 at 4 n.1.

The Court finds that Plaintiff has made a reasonable case that her ability to meaningfully oppose Defendants' fee request was hampered by the lack of access to counsel's contemporaneous time records. Accordingly, **no later than April 29, 2022**, Defendants SHALL file on the docket and produce to Plaintiff the contemporaneous time records that correspond to their request for attorneys' fees. Defendants may redact from their filing any privileged information and any entries for which they are not requesting reimbursement in their motion. **No later than May 13, 2022**, Plaintiff SHALL file a 3-page response to the records identifying specific entries to which she objects. Defendants MAY file a 3-page response to Plaintiff's brief **no later than May 27,**

**2022**.  No reply from Plaintiff will be permitted.  The matter will be submitted on the papers without a hearing following receipt of Defendants' brief.

      **IT IS SO ORDERED.**

Dated:  April 13, 2022

_____
BETH LABSON FREEMAN
United States District Judge