UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 8 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLISON SKIDMORE, | No. 22-15394 |
| Plaintiff-Appellant, | D.C. No. 5:20-cv-06415-BLF |
| v. | Northern District of California, San Jose |
| GREGORY S. GILBERT; et al., | ORDER |
| Defendants-Appellees. | |

Appellant's motion to dismiss this appeal (Docket Entry No. 15) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator